WILLIAM FLANAGAN
v.
GEORGE MELDRUM

1811

JOURNAL ENTRIES

1. Continuance . . . . . . . . . *Journal, infra,* *p. 354*

PAPERS IN S. C. FILE

1. Copy of district court judgment . . . . . . . . . .

PAPERS IN D. C. FILE

1. Warrant to confess judgment . . . . . . . . .
2. Declaration . . . . . . . . . . . . .
3. Precipe for fieri facias . . . . . . . . . .
4. Promissory note . . . . . . . . . . .